Paul A. Grammatico (SBN 246380)
paul@grammaticolawoffice.com
**GRAMMATICO LAW FIRM**
655 N. Central Ave., 17th Floor
Glendale, CA 91203
Telephone: (310) 245-1804

*Attorneys for plaintiff*
*Christina Tartaglia*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA TARTAGLIA, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> GREEN SKY SERVICING, LLC, a Georgia Limited Liability Company, <br><br> Defendant. | Case No. 8:23-cv-01029-FWS-DFM <br><br> Hon. Fred W. Slaughter <br><br> **PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF SUBJECT MATTER JURISDICTION IN SUPPORT OF RETAINING JURISDICTION** <br><br> Complaint Filed: June 12, 2023 |

Plaintiff hereby responds to the Court's Order to Show Cause Re: Dismissal for Lack of Subject Matter Jurisdiction filed by the Court on June 21, 2023 ("Order").

The Court's Order (at 2) asks, "***Defendants*** to show cause in writing no later than July 6, 2023, why this action should not be remanded to California Superior Court for lack of subject matter jurisdiction" (emphasis added). The defendant in this action, Green Sky Servicing, LLC ("Defendant"), has not yet appeared in this action. Plaintiff has employed a process servicer to accomplish service on Defendant, and expects service to be accomplished expeditiously, if it has not already been completed. Plaintiff will file its proof of service with summons as soon as possible once service is completed.

Plaintiff takes the position that subject matter jurisdiction exists in this matter based on diversity (28 U.S.C. § 1332(a)), and so the Courts should retain jurisdiction.

The Order states that diversity jurisdiction ***may*** not exist because the Complaint does not allege "the citizenship of [Defendant's] members." Plaintiff agrees with the Court that "an LLC is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Properties Anchorage, LP*, 437 F. 3d 894, 899 (9th Cir. 2006). Thus, if any of the members of Defendant are citizens of California, then diversity jurisdiction would be defeated.

The Complaint here alleges that Defendant is a "citizen of the State of Georgia" (¶ 11) because all of the publicly available information regarding Defendant suggests that is the case. Defendant is a limited liability company organized in Georgia. Ex. A ("Articles of Organization"). Defendant's principal place of business is in Georgia, its registered agent is based in Georgia, and its organizer is in Georgia. *Id*. Further, in the registration form it filed (in Georgia) on February 8, 2023 (Ex. B), its principal office, registered office, and agent's address are all located in Georgia.

Plaintiff's Response to OSC Re: Dismissal for Lack of Subject Matter Jurisdiction

Plaintiff acknowledges, however, that the publicly available entity information regarding Defendant is limited in that it does not identify any or all of the members of Defendant. Thus, it is ***possible*** that one of the unidentified members may be a citizen of California, which would deprive the Court of diversity jurisdiction. If that is indeed the case and Plaintiff is so informed by Defendant, Plaintiff would confer with Defendant's counsel regarding a stipulation to dismiss the case without prejudice, so it could be refiled in the Orange County Superior Court. With this in mind, Plaintiff proposes the following in response to this OSC:

1. That the OSC be discharged at this time based on the showing in these papers, and the matter of diversity jurisdiction be revisited at the time of the status conference. At that time, Plaintiff can confirm (after conferring with Defendant's counsel) that the citizenship of Defendant's member(s) do not deprive the Court of jurisdiction, or the parties can stipulate to dismissal without prejudice, as the case may be;

2. Or, in the alternative, that the OSC be continued for a minimum of 30 days to provide time for Defendant to appear in this case and for Plaintiff's counsel to confer with Defendant's counsel regarding whether the citizenship of Defendant's member(s) deprive the Court of jurisdiction.

Respectfully submitted,

DATED: July 5, 2023          **GRAMMATICO LAW FIRM**

By *_/s/ Paul A. Grammatico_*
Paul A. Grammatico
Attorneys for plaintiff Christina
Tartaglia